United States District Court
Office of the Clerk
North District of Texas
501 West Tenth., Room 310
Fort Worth, TX. 76102
   Complaint.

4-5-25
Fermin Garza #1318720
1313 County Road 19
Lamesa, TX. 79331

4-25CV-416-0

RE:
   Ever scence I (Fermin Garza inmate of Texas ST Department of Criminal Justace) have been denied from medical Doctor. One of Head Wardens OK's my food. Yet medical gets blame from Genical kitchen Population for a not updated paper work.
   Every month scence I've gotten here all I hear is NO. or Not right Now.
   Before I've left J.V. Allred Unit Lt. Kathren Rushing told me not to tell "This Unit about the Rape", in the second floor shower rapping.
   To inmates were told about the rape. I only have the names of the both inmates I told about it.
   The same Officer of the P.R.E.A was the same officer that did all the recording the first time I was rapped by Richard Harris in EastHam Unit. ~~Then the same Officers making the second rape made the~~ All they did was send me to another Unit. That was ~~the~~ in EastHam Unit. Then the same Officer making the second Rape made the second recording in J.V. Allred Unit. All the TDCJ sytem is doing nothing but covering up every thing too.
   At this time at 12:15 pm 4-5-25 they are cell feeding us inmates. Shoct Staff is the same reson that started the first grivence step #1. I've sent you the third step #1 grivence. I can't send no out going mail to Huntsville, TX. "Texas Department of Criminal Justice") Head quards in Huntsville, TX.
   I've stop taking the psych medican, because it did nothing, but put me to sleep.
   It's lunch time they are giving use a styrofoam cut of six oz. of

some beef and patatoes in six or seven spoons, an apple and a plan peanutbutter sandwitch. I know for a fact that, that is not 2,100 calories in Texas Department of Criminal Justice Department of TDCJ policy food manual Department. On the first to the fith of the month, the tenth to the fifteenth, and from 25th to the 30th or the 31st we are cell fed and no special trays or diet for ~~health~~ Health foods are never given to us. They are short staff too say.

I don't have any shoes to ware. The Laundry captain has A OK'ed me to have some canvis shoes. The day I was to go to the boot room for the shoes, "Could not go get them because, the unit was short staffed. Speaking to the Officer about the foot ware," He looked at me and said you got some boots." I looked at hem and said, "You should not smell like Alcohal on the clock too.

The Officer looked at me and said," You are not getting no shoes.

We are to get a lay-in to go to church and I've only been have given ~~~~ one lay-in to church and no more.

I had to go to the law library to go get a W2 form, and a 3911 form from there too. That was at the ~~~~ last unit of Allred Unit. This unit told me that the IRS is not legal mail. Here are the two peices of paper that has a stampped date on it with no signiture on it. Yet one the other.

Mail room said said I was not to have this book, because it's about a kid that got kidnapped. I sighed this paper yet still ended up with the book too. Read it and traded it off for another book to read from Another inmate too.

I'm not having the problem by myself. So far there are 2 more inmate having a problem with the mailroom and All mail that gose to Huntsville, TX 77349. Huntsville, TX. 77349 Medical refuses to meat free me, or update all of my EMPs, "Emergency Medical Pass." They are all expierd and I still have them. I have no choice, but to get out and go and speak to you in person. It is usless just, like it was in J.V. Allred Unit

They (officers of correctional) did not use the chest cameras on till a week or two after I've writen you when gitting to this unit.

cc #2 of #1

_signature_ #2128720

Fermin GARZA #2128720

P.S.

Dinner eam at 3:15 pm

Lunch at 12:15 pm and dinner at 3:15 pm

4-5-25

P.S.S. I sent a copy to TDCJ to Huntsville, TX. Headquaters too

Fermin Garza #2128720
1313 CR 19
Lamesa, TX 79331

Legal Mail

LUBBOCK TX 794
10 APR 2025 AM 1 L

United States District Court
Office of The Clerk
Northern District of TEXAS
501 West TENTH St., Room 310
Fort Worth, TX 76102
76102-975599

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
APR 15 2025



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION